Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22102−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ian M. Bruce Jr.  
132 Winstead Drive  
Westampton, NJ 08060  

Tara Renee Bruce  
aka Tara R. Bruce  
132 Winstead Drive  
Westampton, NJ 08060

Social Security No.:
 xxx−xx−9621                             xxx−xx−7663

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/14/26
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: November 17, 2025
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Ian M. Bruce, Jr.  
Tara Renee Bruce  
    Debtors

Case No. 25-22102-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Nov 17, 2025     Form ID: 132     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ian M. Bruce, Jr., Tara Renee Bruce, 132 Winstead Drive, Westampton, NJ 08060-5768 |
| 520881701 | + | American Medical Response, ATTN: Credence, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 520881703 | + | Apex Asset Management, PO Box 7044, Lancaster, PA 17604-7044 |
| 520881723 | + | Opal Dental, 7132 Hamlton Way, Mount Holly, NJ 08060-1681 |
| 520881737 | + | Virtua Health, 118 Lukens Drive, New Castle, DE 19720-2727 |
| 520881738 |   | Virtua Memorial OP, ATTN: Grimley Financial Corp., 1415 Route 70 E, Ste LL5, Cherry Hill, NJ 08034-2229 |
| 520881739 | + | Virtua Mount Holly Hospital, 175 Madison Avenue, Mount Holly, NJ 08060-2099 |
| 520881740 | + | Westampton Twp Emergency Services, PO Box 467, Lumberton, NJ 08048-0467 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520881700 | + | Email/Text: collections@abcofcu.org | Nov 17 2025 21:01:00 | ABCO FCU, Attn: Bankruptcy, Po Box 247, Rancocas, NJ 08073-0247 |
| 520881702 | ^ | MEBN | Nov 17 2025 20:57:55 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520881704 | ^ | MEBN | Nov 17 2025 20:59:00 | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 520881705 |   | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2025 21:00:00 | Barclays Bank, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 520881706 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2025 21:00:00 | Barclays Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 520881707 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 17 2025 21:00:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520881712 |   | Email/Text: bankruptcy@cavps.com | Nov 17 2025 21:00:00 | Cavalry Portfolio Services LLC, PO Box 1017, Hawthorne, NY 10532 |
| 520881708 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2025 21:20:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520881710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2025 21:20:44 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520881709 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 17 2025 21:09:51 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520881711 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2025 21:00:00 | Cavalry, PO Box 520, Valhalla, NY 10595-0520 |
| 520881713 | + | Email/Text: bankruptcy@cavps.com | Nov 17 2025 21:00:00 | Cavalry Portfolio Services, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520881714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 21:20:13 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520881715 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 17 2025 21:09:30 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520881717 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 21:00:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520881716 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 17 2025 21:00:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 520881718 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2025 21:00:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520881719 |   | Email/Text: camanagement@mtb.com | Nov 17 2025 21:00:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520881721 |   | Email/Text: ml-ebn@missionlane.com | Nov 17 2025 20:59:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520881720 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2025 21:00:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520881722 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2025 21:00:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520881724 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:09:22 | Pay Credit/Sync., PO Box 71707, Philadelphia, PA 19176-1707 |
| 520881725 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:20:25 | Pay Pal Credit, 9690 Deereco Road, Suite 110, Timonium, MD 21093-6978 |
| 520881726 | + | Email/Text: bankruptcy1@pffcu.org | Nov 17 2025 21:00:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520881727 | + | Email/Text: bankruptcy1@pffcu.org | Nov 17 2025 21:00:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 520881728 |   | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2025 20:59:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 520881729 |   | Email/Text: Bankruptcy@sunrun.com | Nov 17 2025 21:00:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520881730 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:20:17 | Syncb/hdceap, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 520881732 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:08:43 | Synchrony Bank, PO Box 71725, Philadelphia, PA 19176-1725 |
| 520881731 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:20:22 | Synchrony Bank, ATTN: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 520881733 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:20:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520881734 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 17 2025 21:20:47 | Synchrony/Music, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520881735 |   | Email/Text: virtuapatientaccounting@virtua.org | Nov 17 2025 21:00:00 | Virtua Health, Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054 |
| 520881736 | ^ | MEBN | Nov 17 2025 20:59:11 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |

| | | | | |
|---|---|---|---|---|
| 520881741 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Nov 17 2025 20:59:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Ave, Cypress, CA 90630-5101 |
| 520881742 | + | Email/Text: famc-bk@1stassociates.com | Nov 17 2025 21:00:00 | Yamaha Motor Finance, PO Box 84240, Sioux Falls, SD 57118-4240 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Joel R. Spivack
on behalf of Joint Debtor Tara Renee Bruce joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com

Joel R. Spivack
on behalf of Debtor Ian M. Bruce Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4