Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−22102−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ian M. Bruce Jr.
132 Winstead Drive
Westampton, NJ 08060

Tara Renee Bruce
aka Tara R. Bruce
132 Winstead Drive
Westampton, NJ 08060

Social Security No.:
   xxx−xx−9621                                          xxx−xx−7663

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 3, 2026.

Dated: March 3, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-22102-MEH

Ian M. Bruce, Jr.                                                                          Chapter 13

Tara Renee Bruce

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 4

Date Rcvd: Mar 03, 2026                    Form ID: plncf13                              Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ian M. Bruce, Jr., Tara Renee Bruce, 132 Winstead Drive, Westampton, NJ 08060-5768 |
| 520881701 | + | American Medical Response, ATTN: Credence, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 520881703 | + | Apex Asset Management, PO Box 7044, Lancaster, PA 17604-7044 |
| 520881723 | + | Opal Dental, 7132 Hamlton Way, Mount Holly, NJ 08060-1681 |
| 520881737 | + | Virtua Health, 118 Lukens Drive, New Castle, DE 19720-2727 |
| 520881738 | | Virtua Memorial OP, ATTN: Grimley Financial Corp., 1415 Route 70 E, Ste LL5, Cherry Hill, NJ 08034-2229 |
| 520881739 | + | Virtua Mount Holly Hospital, 175 Madison Avenue, Mount Holly, NJ 08060-2099 |
| 520881740 | + | Westampton Twp Emergency Services, PO Box 467, Lumberton, NJ 08048-0467 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2026 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2026 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520881700 | + | Email/Text: collections@abcofcu.org | Mar 03 2026 21:00:00 | ABCO FCU, Attn: Bankruptcy, Po Box 247, Rancocas, NJ 08073-0247 |
| 520881702 | ^ | MEBN | Mar 03 2026 20:57:48 | Apex Asset Management, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 520881704 | ^ | MEBN | Mar 03 2026 20:58:57 | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 520881705 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 03 2026 20:59:00 | Barclays Bank, Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 520881706 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 03 2026 20:59:00 | Barclays Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 520881707 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 03 2026 20:59:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 520881712 | | Email/Text: bankruptcy@cavps.com | Mar 03 2026 21:00:00 | Cavalry Portfolio Services LLC, PO Box 1017, Hawthorne, NY 10532 |
| 520881708 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2026 21:08:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520881710 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2026 21:08:55 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 520881709 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2026 21:08:55 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0312-3                             User: admin                                        Page 2 of 4

Date Rcvd: Mar 03, 2026                          Form ID: plncf13                                   Total Noticed: 55

| | | | |
|---|---|---|---|
| 520881711 | + Email/Text: bankruptcy@cavps.com | Mar 03 2026 21:00:00 | Cavalry, PO Box 520, Valhalla, NY 10595-0520 |
| 520881713 | + Email/Text: bankruptcy@cavps.com | Mar 03 2026 21:00:00 | Cavalry Portfolio Services, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520955952 | + Email/Text: bankruptcy@cavps.com | Mar 03 2026 21:00:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520881714 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2026 21:08:50 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 520881715 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 03 2026 21:08:59 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520881717 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2026 20:59:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520881716 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 03 2026 20:59:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 520881718 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2026 20:59:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520938350 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2026 21:00:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 520941133 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 03 2026 21:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520941811 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 21:09:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520881719 | Email/Text: camanagement@mtb.com | Mar 03 2026 20:59:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520951610 | Email/Text: camanagement@mtb.com | Mar 03 2026 20:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520881721 | Email/Text: ml-ebn@missionlane.com | Mar 03 2026 20:58:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520881720 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2026 21:00:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520941933 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2026 21:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520881722 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2026 21:00:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520953409 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2026 21:09:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520881724 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:08:43 | Pay Credit/Sync., PO Box 71707, Philadelphia, PA 19176-1707 |
| 520881725 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:09:01 | Pay Pal Credit, 9690 Deereco Road, Suite 110, Timonium, MD 21093-6978 |
| 520881726 | + Email/Text: bankruptcy1@pffcu.org | Mar 03 2026 20:59:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520881727 | + Email/Text: bankruptcy1@pffcu.org | Mar 03 2026 20:59:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 520898628 | + Email/Text: bankruptcy1@pffcu.org | Mar 03 2026 20:59:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520881728 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 03 2026 20:59:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |

| | | | | |
|---|---|---|---|---|
| 520881729 | | Email/Text: Bankruptcy@sunrun.com | Mar 03 2026 20:59:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520881730 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:09:01 | Syncb/hdceap, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 520881732 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:08:52 | Synchrony Bank, PO Box 71725, Philadelphia, PA 19176-1725 |
| 520881731 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:09:08 | Synchrony Bank, ATTN: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 520881733 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:08:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520881734 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 03 2026 21:08:43 | Synchrony/Music, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520881735 | | Email/Text: virtuapatientaccounting@virtua.org | Mar 03 2026 20:59:00 | Virtua Health, Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054 |
| 520881736 | ^ | MEBN | Mar 03 2026 20:59:01 | Virtua Health, PO Box 71430, Philadelphia, PA 19176-1426 |
| 520881741 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Mar 03 2026 20:59:00 | Yamaha Financial Services, Attn: Bankruptcy, 6555 Katella Ave, Cypress, CA 90630-5101 |
| 520881742 | + | Email/Text: famc-bk@1stassociates.com | Mar 03 2026 21:00:00 | Yamaha Motor Finance, PO Box 84240, Sioux Falls, SD 57118-4240 |
| 520954361 | + | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Mar 03 2026 20:59:00 | Yamaha Motor Finance Corp USA, P.O. Box 2429, Cypress, CA 90630-1929 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3

User: admin

Page 4 of 4

Date Rcvd: Mar 03, 2026

Form ID: plncf13

Total Noticed: 55

Joel R. Spivack

on behalf of Joint Debtor Tara Renee Bruce joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com

Joel R. Spivack

on behalf of Debtor Ian M. Bruce  Jr. joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5